UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>              Defendant. | CASE NO. C21-0117JLR<br><br>ORDER |

Before the court is the joint status report submitted by Plaintiff Progressive Casualty Insurance Company and Defendant the United States of America. (JSR (Dkt. # 17).) The parties represent that they are "presently in the process of dismissing this case in deference to the related matter pending in this District." (*Id*. at 2.) They further state that, "[i]f a prompt dismissal cannot be reached, the parties will request consolidation of this matter" with a related matter in this district. (*Id*.) Accordingly, the court DIRECTS the parties to file, within 10 days of the filing of this order, either a

ORDER - 1

1  stipulated motion of dismissal or a status report regarding their efforts to dismiss or

2  consolidate this matter.

3  Dated this 27th day of July, 2021.

4

5

6  JAMES L. ROBART
United States District Judge

ORDER - 2